386 A.2d 600

**COMMONWEALTH of Pennsylvania**

v.

**Jerome HARRIS, Appellant.**

Superior Court of Pennsylvania.

Submitted Nov. 16, 1977.

Decided May 16, 1978.

John H. Corbett, Jr., and Lester G. Nauhaus, Asst. Public Defenders, Pittsburgh, for appellant.

Robert L. Eberhardt, Assistant District Attorney, and Robert E. Colville, District Attorney, Pittsburgh, for Commonwealth, appellee.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

The six Judges who decided this case being equally divided, the judgment of sentence is affirmed.

JACOBS, President Judge, and SPAETH, J., dissent.

HOFFMAN, J., dissents because the Commonwealth improperly used prior convictions to attack appellant's credibility. See *Commonwealth v. Moore*, 246 Pa.Super. 163, 369 A.2d 862 (1977).

WATKINS, former President Judge, did not participate in the consideration or decision of this case.